**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CURTIS WHITE                                                                                                    PLAINTIFF

v.                                              5:16CV00114-JLH

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration,                                                                        DEFENDANT

## ORDER

The Court has received Proposed Findings and Recommendations ("RD") submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful review of the RD, as well as a *de novo* review of the record, the Court approves and adopts the RD as this Court's findings in all respects. Accordingly, the Commissioner's decision is affirmed, and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 21st day of February, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE